**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Assistive Technology Medical Equipment Services, LLC, Respondent,

v.

Hood & Selander, CPAS, LLC; Donna C. Cash, as Personal Representative of the Estate of Dorothy A. Connelly; W.E. Applegate, III, as Personal Representative of the Estate of James B. Connelly, Kimberly Cuce; Phillip DeClemente, Defendants,

Of whom Phillip DeClemente is the Petitioner.

Appellate Case No. 2021-000038

Appeal From Charleston County
J. C. Nicholson, Jr., Circuit Court Judge and Deadra L. Jefferson, Circuit Court Judge

Memorandum Opinion No. 2023-MO-007
Submitted March 15, 2023 – Filed April 5, 2023

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

Cameron Lee Marshall, of Charleston, for Petitioner.

Jonathan M. Robinson, Shanon N. Peake, Austin Tyler Reed, and Rachel Elizabeth Lee, all of Smith Robinson Holler DuBose Morgan, LLC, and James Emerson Smith, Jr., of Nelson Mullins Riley & Scarborough, LLP, all of Columbia, for Respondent.

———————

**PER CURIAM:**  We granted certiorari to review the court of appeals' decision in *Assistive Tech. Med. Equip. Servs., LLC, v. Clemente*, Op. No. 2020-UP-225 (S.C. Ct. App. filed Dec. 23, 2020).  After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES and HILL, JJ., concur.**